**James Darrell SHORTT, Petitioner—Appellant,**

v.

**Ernie ROE, Warden; Attorney General of the State of California, Respondents—Appellees.**

No. 01–57181.

D.C. No. CV–99–03806–WJR.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 10, 2002.*

Decided Oct. 16, 2002.

Before GOODWIN, RYMER, and McKEOWN, Circuit Judges.

MEMORANDUM**

Regardless of whether Shortt's Rule 60(b) motion is characterized as a succes-

sive petition or a challenge unrelated to the merits of his habeas claim, Shortt's appeal cannot succeed. The District Court did not abuse its discretion in denying the Rule 60(b) motion because no extraordinary circumstances exist that would justify relief. *See Tomlin v. McDaniel,* 865 F.2d 209, 210–211 (9th Cir.1989) (holding change in applicable law did not constitute extraordinary circumstances under Rule 60(b)).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

